UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAJON DANIEL, | No. 2:24-cv-01358 KJM CSK P |
| Plaintiff, | |
| v. | ORDER |
| E. BRADLEY NELSON, et al., | |
| Defendants. | |

Plaintiff, a county prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 14, 2024, the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. The court has considered plaintiff's objections and finds they are without merit. Rather than responding to the findings and recommendations, plaintiff merely restates the allegations in the complaint. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 9) are adopted in full;
2. The pending motion to proceed in forma pauperis (ECF No. 8) is denied as moot;
3. This action is dismissed; and
4. The Clerk of the Court is directed to close this case.

DATED: August 16, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE